[Civ. No. 13166.   Second Dist., Div. One.   May 28, 1942.]

A. CAMINETTI, JR., as Insurance Commissioner, etc., Respondent, v. NATIONAL GUARANTY LIFE COMPANY (a Corporation), Appellant.

Sherman & Sherman, Robert W. Kenny, Morris E. Cohn and W. B. Thomas for Appellant.

Earl Warren, Attorney General, and John L. Nourse, Deputy Attorney General, for Respondent.

DRAPEAU, J. pro tem.—This is an appeal from an order denying a petition for allowance of counsel fees. It was briefed and presented to this court together with *A. Caminetti, Jr., Insurance Commissioner of the State of California* v. *State Mutual Life Insurance Company, Civil No. 13165, ante,* p. 326 [126 P. (2d) 169], also appealing from an order denying a petition for allowance of attorneys' fees, this day decided.

For the same reasons set forth in that case, the order appealed from is affirmed.

York, P. J., and Doran, J., concurred.